Argued and submitted December 18, 1995, reversed and remanded for reconsideration January 24, 1996

In the Matter of the Compensation of
Joyce A. Crump, Claimant.

Joyce A. CRUMP,
*Petitioner,*

*v.*

SAFEWAY STORES, INC.,
*Respondent.*

(WCB 93-08718; CA A88020)

909 P2d 903

Michael A. Gilbertson argued the cause for petitioner. With him on the brief was Ransom & Gilbertson.

Kenneth L. Kleinsmith argued the cause for respondent. With him on the brief was Meyers, Radler, Replogle & Bohy.

Before Riggs, Presiding Judge, and Landau and Leeson, Judges.

PER CURIAM

Reversed and remanded for reconsideration in light of 1995 amendments to ORS 656.308. *Volk v. America West Airlines*, 135 Or App 565, 899 P2d 746 (1995).